UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 23-80193-CR-MARRA

UNITED STATES OF AMERICA,

   Plaintiff,

  vs.

ROBERTO ANTONIO GOMEZ-CARRASCO,

   Defendant.
_____/

**ORDER AFFIRMING MAGISTRATE JUDGE'S
REPORT AND RECOMMENDATION**

**THIS CAUSE** came before the court upon the Report and Recommendation [DE 37] issued by United States Magistrate Ryon M. McCabe on December 15, 2023.

The court has considered the Report and Recommendation, the pertinent parts of the record and being otherwise fully advised in the premises it is

**ORDERED and ADJUDGED** that the United States Magistrate's Report and Recommendation is hereby **ADOPTED AND AFFIRMED**. The Defendant is hereby adjudicated guilty. Sentencing is scheduled for March 8, 2024 at 10:00 a.m.

**DONE and ORDERED** in West Palm Beach, this 9th day of January, 2024.

KENNETH A. MARRA
United States District Judge

cc:   All counsel